**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION**

| | |
|---|---|
| **H. J. MARTIN & SON, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **COMPLAINT** |
| ) | |
| **FERRELLGAS, INC.;** ) | Case No. _____ |
| **S & S CONCRETE & MASONRY, LLP D/B/A** ) | |
| **NORTHLAND CONCRETE AND** ) | |
| **MASONRY,** ) | |
| ) | |
| **Defendants.** ) | |

Plaintiff, H. J. Martin & Son, Inc., ("Martin"), for its Complaint against Defendants Ferrellgas, Inc. ("Ferrellgas") and S & S Concrete & Masonry Company, LLP, doing business as Northland Concrete and Masonry ("Northland"), alleges as follows:

## **PARTIES**

1. Martin is a Wisconsin corporation with its principal place of business in Green Bay, Brown County, Wisconsin. It is a citizen of Wisconsin.

2. Ferrellgas is a Delaware corporation with its principal place of business in Liberty, Missouri. It is a citizen of Delaware and Missouri.

3. Northland is a Minnesota limited liability partnership with its principal place of business in Burnsville, Minnesota. Its partners are Robert Alan Storm, a citizen of Minnesota, and Douglas Dean Schieffer, a citizen of Minnesota. Northland is therefore a citizen of Minnesota.

## **JURISDICTION AND VENUE**

4. The Court has diversity jurisdiction over this matter pursuant to 28 U.S.C. § 1332 because the parties are of diverse citizenship, and the amount in controversy exceeds $75,000.

Venue is appropriate in this district under 28 U.S.C. § 1391 because a substantial part of the events or omissions giving rise to the claims occurred here.

## FACTS

5. Martin contracted with Yates Construction on May 3, 2018, to perform drywall, plaster, and EIFS (exterior insulation and finish system) work for the Trinity Health Replacement Facility in Minot, North Dakota (the "Project"). Martin's work was scheduled to take place during the spring and summer of 2019, and it had scheduled its work force and suppliers accordingly.

6. Northland contracted with Yates Construction to perform concrete work for the Project.

7. Ferrellgas contracted with Northland to provide propane and at least twenty-four 1,000-gallon propane tanks to the Project. The propane fueled heaters used to thaw steel to prepare it for concrete work.

8. Ferrellgas's propane tanks were spaced on the Project site three feet apart and were connected by copper lines.

9. Early in the week of March 17-21, 2019, Ferrellgas's propane tanks were lifted to remove ice underneath them and were placed on 4-foot-by-4-foot timbers.

10. Ferrellgas was aware that the propane tanks were shifting due to the ground beneath thawing and had adjusted the propane tanks' position daily.

11. On Thursday, March 21, 2019, Ferrellgas topped off the propane tanks. The same day, OSHA closed the Project site following an accident in which an apprentice ironworker fell down an elevator shaft.

12. Although the Project site was closed, Northland left the heaters on.

13. Sometime between March 21 and the evening of March 22, the ground beneath the tanks thawed further, causing the timbers and propane tanks to shift. This, in turn, caused the copper lines connecting the propane tanks to break or otherwise become disconnected, and propane leaked into the air.

14. The leaking propane formed a visible propane cloud. On the evening of Friday, March 22, 2019, Northland's heaters ignited the propane cloud, causing a massive explosion on the Project site. Fireballs shot through the air and were captured on video. The explosion shook homes more than five miles away. The resulting fire lasted several hours.

15. As a result of the explosion, the Project site was completely closed for approximately five weeks.

16. Closure of the Project site delayed work that had to be completed before Martin could do its work. As a result, Martin was unable to perform its work on the Project as scheduled.

17. The five-week delay pushed Martin's schedule of work into winter, which adversely affected its productivity on the Project.

## COUNT I
**(Ferrellgas Negligence)**

Martin adopts and re-alleges each and every paragraph and title above as if set forth verbatim herein.

18. As a supplier of a hazardous material, Ferrellgas owed a duty to Martin, independent of any contractual obligations, to exercise a duty of care commensurate with the danger present.

19. Ferrellgas, as a company, has experienced numerous prior propane explosions, including one that killed six of its workers, due to the improper handling of propane tanks.

20. Ferrellgas breached its duty to Martin by placing its tanks on the Project site in such a way that led to propane leaks and the resulting explosion.

21. Ferrellgas's negligence caused the explosion that led to the Project being shut down.

22. The explosion and the resulting closure of the Project site was a foreseeable consequence of Ferrellgas's negligence.

23. Martin suffered damages as a result of Ferrellgas's negligence.

## COUNT II
**(Northland Negligence)**

Martin adopts and re-alleges each and every paragraph and title above as if set forth verbatim herein.

24. Northland owed a duty to Martin to exercise care commensurate with the danger presented by the propane tanks.

25. Northland breached that duty by failing to ensure the propane tanks were placed and used in a manner that would prevent the propane from leaking.

26. Northland further breached that duty by continuing to run the heaters during the Project site closure.

27. Northland's negligence caused or contributed to cause the explosion that led to the Project being shut down.

28. The explosion and the resulting closure of the Project site was a foreseeable consequence of Northland's negligence.

29. Martin suffered damages as a result of Northland's negligence.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff H. J. Martin & Son, Inc. prays for judgment as follows:

   (1)   That it be awarded money damages of at least $587,879.03;

   (2)   That it be awarded prejudgment interest; and

   (3)   That it be awarded whatever other relief the Court deems just and equitable.

## JURY DEMAND

H. J. Martin & Son, Inc. requests a trial by jury.

DATED:  April 9, 2020.

   */s/ Michael C. Waller*
   Michael C. Waller (ND ID #04838)
   mwaller@crowleyfleck.com

   CROWLEY FLECK PLLP
   Attorneys for Plaintiff
   100 West Broadway Ave., Suite 250
   P.O. Box 2798
   Bismarck, North Dakota 58502-2798
   Phone: (701) 223-6585
   Fax: (701) 222-4853