## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| H.J. Martin & Son, Inc., | ) |
| | ) **ORDER FOR STATUS CONFERENCE** |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| Ferrellgas, Inc., and S & S Concrete & | ) |
| Masonry, d/b/a Northland Concrete and | ) |
| Masonry, | ) |
| | ) Case No. 1:20-cv-054 |
| Defendants. | ) |

A status conference will be held before the magistrate judge on December 8, 2020, at 9:00 a.m. The conference will be conducted via telephone conference. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

**IT IS SO ORDERED.**

Dated this 7th day of July, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court